Cheshire,
No. 4385.

MONADNOCK COMMUNITY HOSPITAL *v.* JULIO MEI.

Submitted February 2, 1955.
Decided February 25, 1955.

*Joseph T. Cristiano* for the plaintiff, furnished no brief.

*Walter H. Gentsch* and *William D. Tribble* for the defendant.

BLANDIN, J. The long established law in this state is that in the absence of statute or a contract, express or implied, a parent is not liable for necessities furnished his minor child by a third party. *Kelley* v. *Davis*, 49 N. H. 187; *Clapp* v. *Brighi*, 93 N. H. 431, 433; see also, *Woodman* v. *Peck*, 90 N. H. 292, 293; *State* v. *Tetreault*, 97 N. H. 260, 261. Such too is the general rule elsewhere. 67 C. J. S., Parent and Child, 699. Cases in this state which have allowed recovery for necessities furnished a minor by a third party depend on facts permitting a conclusion that the parent promised to pay. *McConnell* v. *Lamontagne*, 82 N. H. 423. The record before us discloses no facts which would warrant such a finding. Whether the order for support should be modified to compel the defendant to pay these expenses would be a matter for the Superior Court if Rita should file a petition requesting such relief.

*Judgment for the defendant.*

All concurred.